RECEIVED
IN MONROE, LA.

MAR 1 4 2011
        ᵽᶜ
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRENDA GAIL WARD | CIVIL ACTION NO. 10-0285 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is Plaintiff Brenda Gail Ward's ("Ward") petition for review of the Commissioner's denial of social security disability benefits. On January 28, 2011, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 8] recommending that the Court affirm the decision of the Commissioner and dismiss this matter with prejudice.

On February 22, 2011, Ward filed objections [Doc. No. 11] to the Report and Recommendation. In part, Ward contends that the Magistrate Judge "incompletely characterized" one of her arguments "as merely 'that the Appeals Council committed reversible error when it failed to address new evidence.'" [Doc. No. 11, p. 1 (quoting Report and Recommendation [Doc. No. 8, p. 13])]. Ward argues that the Appeal Council erred by failing to issue a decision to award her benefits or to remand for further development of the record based on her September 2009 x-rays. Ward admits that if this Court adopts the Magistrate Judge's analysis, then it has addressed her claim that the Appeals Council should have awarded her benefits. However, she contends that the Report and Recommendation does not address her claim that the Appeals Council should have remanded for further development of the record.

To the contrary, the Report and Recommendation appropriately recounted the standard

for remand, but recommended that the Court not remand to the ALJ because there was "no indication that the new evidence reflected [Ward's] condition as of the *hearing date* [on October 8, 2008,] or at the time of the ALJ's decision [on February 4, 2009,] rather than a 'later-acquired disability or . . . the subsequent deterioration of the previously non-disabling condition.'" [Doc. No. 8, p. 13 (quoting *Haywood v. Sullivan*, 888 F.2d 1463, 1471-72 (5th Cir. 1989) (other citations omitted)]. The Magistrate Judge further cited to evidence in the record from 2007 and 2008 for her conclusion that the x-rays "merely reflect a deterioration of Ward's arthritis, which she conceded was worsening." [Doc. No. 8, p. 14]. Thus, the Court finds that the Magistrate Judge did not err in her analysis or conclusion.

Having fully considered the record in this matter, including all of Ward's objections, the Court agrees with and ADOPTS the Report and Recommendation of the Magistrate Judge. The decision of the Commissioner is AFFIRMED, and the petition is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 14 day of March, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2